IN THE DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM F. MAGUIRE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-908 |
| MEDTRONIC, INC., | ) Chief Judge Gary L. Lancaster |
| Defendant. | ) |

## ORDER OF COURT

AND NOW this 38th day of June, 2010, upon consideration of the foregoing Joint Motion to Amend Order Referring Case to Alternative Dispute Resolution, the said Motion is GRANTED and it is ORDERED that the deadline for mediation is extended until July 12, 2010.

BY THE COURT:

_____ Gary L. Lancaster, C.J.