## IN THE DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

William F. Maguire,

      Plaintiff,

    v.

Medtronic, Inc.,

      Defendant.

Civil Action No.: 09-908
Judge Gary L. Lancaster

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this matter, through their undersigned respective counsel, that this action shall be dismissed with prejudice and on the merits, each side to bear its or his own attorneys' fees, costs and disbursements.

Dated: _6/28_____, 2011      **MASLON EDELMAN BORMAN & BRAND, LLP**

By: _____

    Jonathan S. Parritz (177581)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8334
Facsimile: (612) 642-8334

**ATTORNEYS FOR DEFENDANT**

Dated: _7 - 6_____, 2011                    **ALPERNSCHUBERT, P.C.**

By: _____

Richard J. Schubert
Lawrence R. Chaban
David Brumfield
2727 Grant Building
310 Grant Street
Pittsburgh, PA 15219
Telephone:    412-765-1888)
Facsimile:    412-765-1880
rschubert@alpernschubertlaw.com
lchaban@alpernschubertlaw.com
dbrumfield@alpernschubertlaw.com

**ATTORNEYS FOR PLAINTIFF**
**WILLIAM F. MAGUIRE**

SO ORDERED, this _8th_ day of July, 2011.

_____, C.J.

Hon. Gary L. Lancaster,
Chief U.S. District Judge

2